**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MITCHEL SHANNAN POOLE**
**INDIVIDUALLY AND ON BEHALF OF**
**RACHAEL NICOLE POOLE, DECEASED**

**CIVIL ACTION**

**VERSUS**

**NO. 18-956-JWD-RLB**

**THOR INDUSTRIES, INC., ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 17, 2019, to which objections was filed, (Docs. 21 and 23);

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 5) is GRANTED, and this action is remanded to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Expedited Consideration (Doc. 3) is DENIED as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions (Doc. 4) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Oral Argument (Doc. 6) is DENIED as moot.

**IT IS FURTHER ORDERED** that the parties bear their own costs.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 3, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**